473 P.2d 912

Jeffrey Dean HATELY and Eugene R. Hately, Petitioners,

v.

James HAMILTON and Helen Hamilton, Respondents.

No. 9107.

Supreme Court of New Mexico.

Aug. 20, 1970.

Ordered that petition for writ of certiorari be and the same is hereby denied.

Further ordered that the record in Court of Appeals Cause No. 460, 81 N.M. 774, 473 P.2d 913, be and the same is hereby returned to the Clerk of the Court of Appeals.

473 P.2d 912

STATE ex rel. Ernie RAEL, Arthur Giron, City of Santa Fe and Western Casualty and Surety Company, Petitioners,

v.

DISTRICT COURT FOR SANTA FE COUNTY, New Mexico and the Honorable J. M. Scarborough, District Judge, Respondents.

No. 9110.

Supreme Court of New Mexico.

Sept. 1, 1970.

Ordered that the alternative writ of prohibition heretofore issued herein on August 13, 1970, be and it hereby is quashed as having been improvidently issued.